# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2013

147203

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NOVUS CENTURIAE, INC.,
        Plaintiff-Appellee,

v

SMITH & ASSOCIATES INSURANCE
AGENCY, INC. and GREGORY J. SMITH,
        Defendants-Appellants.

SC: 147203
COA: 308875
Genesee CC: 07-086789-CK

_____/

On order of the Court, the application for leave to appeal the April 23, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2013



Clerk

t1016